UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>KHAMPETH KEODARA,<br><br>　　　　　　　Defendant. | Case No. CR25-2-KKE<br><br>DETENTION ORDER |

Defendant Khampeth Keodara is charged with conspiracy to distribute controlled substances, 21 U.S.C. §§ 841(a)(1), 846. The Court held a detention hearing on March 4, 2025, pursuant to 18 U.S.C. § 3142(f)(1), and based upon the reasons for detention stated in the record and as hereafter set forth below, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. The government is entitled to a detention hearing pursuant to 18 U.S.C. § 3142(f)(1), as Mr. Keodara is charged with an offense with a maximum term of ten years or more under the CSA.

2. There is a rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of

the community pursuant to 18 U.S.C. § 3142(e).

3. Mr. Keodara is in state custody.

4. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of Mr. Keodara as required and the safety of the community.

5. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Keodara's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Mr. Keodara shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Keodara shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Keodara is confined shall deliver Mr. Keodara to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Keodara, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this  4th  day of March, 2025.

                                               MICHELLE L. PETERSON
                                               United States Magistrate Judge

DETENTION ORDER - 3